**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAQUASHA SMITH, An Individual | ) |
| | ) |
| Plaintiff, | ) CASE NO. **2:18-cv-02312** |
| | ) |
| vs. | ) |
| | ) |
| WORLDWIDE FLIGHT SERVICES, INC., | ) |
| a Foreign Corporation, DOES I -X; and | ) |
| ROE CORPORATIONS I -X. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LAQUASHA SMITH and Defendant WORLDWIDE FLIGHT SERVICES, INC., by and through their respective counsel, that LAQUASHA SMITH's complaint against DEFENDANTS be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

IT IS SO STIPULATED:

Dated this 2nd day of April, 2019.                    Dated this 2nd day of April, 2019.

**HKM Employment Attorneys LLP**              **Howard & Howard Law**

/s/ Jenny L. Foley                                              /s/ Ryan A. Ellis
Jenny L. Foley, Ph.D., Esq.                              Ryan A. Ellis, Esq.
Nevada Bar No. 9017                                      Nevada Bar No. 12199
1785 East Sahara Ave., Suite 300                   3800 Howard Hughes Parkway, Ste. 1000
Las Vegas, Nevada 89104                              Las Vegas, Nevada 89169
*Attorney for Plaintiff*                                        *Attorney for Defendants*

## **ORDER**

IT IS SO ORDERED:

    DATED this __4th__ day of __April__ 2019.

_____
UNITED STATES DISTRICT JUDGE